# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Mark Eller
Plaintiff,

v.

                        Case No. 2:14-CV-0036

Producers Ag Insurance Group, Inc.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Producers Ag Insurance Group, Inc. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of Ohio. Attached is a Certificate of Good Standing from that Court.

                        s/ Thomas C. James, Jr.
                                 Signature

Name: Thomas C. James, Jr. (OH Bar No. 0073531)

Address: 5240 Socialville Foster Rd

Address: Mason, Ohio 45040

Address:

Phone: (513) 229-8080

Email: TomJames@SandersLPA.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that she served a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE via the Court's CM/ECF system upon Plaintiff's attorney, Lawrence A. Poindexter, Esq., 109 Castle Heights Avenue North, Lebanon, TN 37087 this 17th day of April, 2014.

                                                          *s/Lea Carol Owen*
                                                          Lea Carol Owen (TN BPR #19531)